■ In the Matter of JOHN F. FRAILEY, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion by respondent to dismiss proceeding granted, with $10 costs; proceeding dismissed. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of MICHAEL J. GAYNOR, Appellant, v. NEW YORK STATE HARNESS RACING COMMISSION, Respondent.— Motion by appellant to dispense with the printing of certain exhibits. Motion granted; said exhibits shall be submitted on the argument of the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of WILLIAM H. ISAAC, Respondent, v. EDITH E. GREENBERG et al., Appellants.— Motion by appellants for reargument referred to the court that rendered the decision. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur. Motion for reargument denied. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ In the Matter of the Accounting of GRACE F. REHFUS, as Executrix of THOROGOOD F. PARR, Deceased, Respondent. MILTON N. PARR et al., Appellants. — Motion by appellants to dispense with printing the minutes and exhibits, and to extend their time to perfect the appeal. Motion granted to the extent of enlarging appellants' time to perfect the appeal to the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. The record and appellants' brief shall be served and filed on or before February 1, 1962. In all other respects, the motion is denied. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.

■ In the Matter of ROBED REALTY CORPORATION, Appellant, v. GRAND UNION COMPANY, Respondent.— Motion by appellant for leave to appeal to the Court of Appeals. Motion denied. Beldock, Acting, P. J., Ughetta, Christ and Pette, JJ., concur.

■ In the Matter of HENRY C. SHARKEY, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion by petitioner to dispense with printing. Motion denied. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.

■ LONGDOWD CORPORATION, Appellant, v. STRAIGHT IMPROVEMENT COMPANY, INC., et al., Defendants, and MILDRED VAN S. GWYNNE et al., Respondents.— Motion by appellant for reargument or for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BROOKS, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Seymour Friedman, Esq., 26 Court St., Brooklyn, N. Y., is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.